1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN QUEZADA, an individual, | Case No. 2:14-cv-02150 GW (JCx) |
| Plaintiff, | <u>DISCOVERY MATTER</u> |
| v. | **PROTECTIVE ORDER RE: PRODUCTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |
| BEST BUY STORES, L.P., a Minnesota Limited Partnership, and DOES 1 through 10, | |
| Defendants. | |

# **PROTECTIVE ORDER**

GOOD CAUSE APPEARING THEREFOR, the Stipulation for Protective Order Regarding the Confidentiality of Documents & Information, filed on July 9, 2014, is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff Juan Quezada and Defendant Best Buy Stores, L.P. shall obey the provisions of the Stipulation for Protective Order Regarding the Confidentiality of Documents & Information.

**IT IS SO ORDERED.**

Dated:  July 10, 2014                               /s/
                                       The Honorable Jacqueline Chooljian
                                       United States Magistrate Judge